[977 NYS2d 922]

In the Matter of the Estate of ROBYN R. LEWIS, Deceased. JAMES ROBERT SIMMONS, Respondent; MEREDITH M. STEWART et al., Appellants. (Appeal No. 2.)

Fourth Department, January 3, 2014

**APPEARANCES OF COUNSEL**

*Wittenburg Law Firm, LLC*, Syracuse, *D.J. & J.A. Cirando, Esqs.* (*Elizabeth de V. Moeller* of counsel), for appellants.

*Menter, Rudin & Trivelpiece, P.C.*, Syracuse (*Julian B. Modesti* of counsel), for respondent.

### OPINION OF THE COURT

SCUDDER, P.J.

Same opinion by SCUDDER, P.J., as in *Matter of Lewis* (114 AD3d 203 [2014] [appeal No. 1]).

FAHEY, LINDLEY and VALENTINO, JJ., concur with SCUDDER, P.J.; PERADOTTO, J., dissents and votes to reverse in accordance with the same dissenting opinion as in *Matter of Lewis* (114 AD3d 203 [2014] [appeal No. 1]).

It is hereby ordered that the decree so appealed from is affirmed without costs.